# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 29, 2020

## NO. 03-19-00037-CR

**Lauren Brittany Brown, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 26TH DISTRICT COURT OF WILLIAMSON COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
## AFFIRMED -- OPINION BY JUSTICE KELLY

This is an appeal from the judgment entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.